1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| **CYNTHIA HOPSON**, | Case No.:   1:15-cv-01333-SKO |
| PLAINTIFF, | **STIPULATED DISMISSAL; ORDER THEREON** |
| v. | |
| **DARREL SMILEY**, as an individual and doing business as "Smiley's Shell Service," **RENA RUDDELL**, as an individual and in her capacity as representative for the Rena Ruddell Separate Property Trust, and DOES 1-10, inclusive, | [Fed. R. Civ. P. 41] |
| DEFENDANTS. | |

   **IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.


Date:  January 25th, 2016                              /s/Daniel Malakauskas
                                                              By: Daniel Malakauskas,
                                                              Attorney for Plaintiff


Dated: January 25th 2016                            /s/Christina Tillman_____
                                                              By: Christina Tillman, of,
                                                              McCormick Barstow LLP
                                                              Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## __ORDER__

Pursuant to the stipulation of the parties for dismissal of this case with prejudice in accordance with Rule 41(a)(1)(ii), **IT IS HEREBY ORDERED** that this action be closed, and that the parties shall bear their own costs and attorney's fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

IT IS SO ORDERED.

Dated:   __January 25, 2016__                    _____**/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE